UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Octavio MORENO-Zamarin,** Defendant | Magistrate Docket No. '08 MJ 1775 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **June 04, 2008** within the Southern District of California, defendant, **Octavio MORENO-Zamarin,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th**DAY OF **JUNE, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Octavio MORENO-Zamarin**

## PROBABLE CAUSE STATEMENT

On Wednesday, June 4, 2008, Border Patrol Agents N. Peraza, A. Purkett, and J. Cluff were performing their assigned duties when they responded to a radio call from an infrared scope operator. The scope operator stated that he was watching a group of three suspected illegal aliens in an area known as "Taylor's Ranch." This area is approximately 2.5 miles north of the United States/Mexico international border and approximately four miles west of the Port of Entry in Tecate, California.

With the assistance from the Scope operator the Agents were able to find several sets of recent footprints. The three agents then followed the footprints and found three suspected illegal aliens hiding in some brush. Agents Peraza, Purkett, and Cluff identified themselves as United States Border Patrol Agents and questioned each of the three suspected illegal aliens. All three, including one later identified as **Octavio MORENO-Zamarin,** stated that they are citizens and nationals of Mexico without any immigration documents that would allow them to be present in the United States. At approximately 9:10 p.m., All three individuals were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 29, 2007** through **Paseo Del Norte, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.